720 A.2d 980

IN THE MATTER OF DEREK E. BROOKS
AN ATTORNEY AT LAW.

December 9, 1998.

### ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 recommending that **DEREK E. BROOKS** of **HACKENSACK** who was admitted to the bar of this State in 1993, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **DEREK E. BROOKS** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **DEREK E. BROOKS** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.